# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3128
LT Case No. 16-2025-CA-000201-A

———————————————

PAULA GRACE WILLIS,

Appellant,

v.

YMCA OF FLORIDA'S FIRST
COAST, INC.,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

Paula Grace Willis, Jacksonville, pro se.

George M. Duncan and Chris I. Hall, of Garrison, Yount, Forte &
Mulcahy, L.L.C., Tampa, for Appellee.

May 28, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————